EXHIBIT B

*St. Mary's Parish*
*83 Central St.*
*Foxboro, Massachusetts 02035*
*Phone:  508-543-7726  website:  www.stmarysfoxboro.org*

July 26, 2021

To Whom It May Concern:

My name is Rev. Timothy Hynes.  I am a priest of the Archdiocese of Boston, serving as parochial vicar for the parish of Saint Mary in Foxborough, Massachusetts.

I write to you today on behalf of my parishioner and your employee, Kathleen Anastos who has declined a COVID-19 vaccination for religious reasons. As a Catholic, she knows that human life is sacred at all stages of its development, from conception to natural death. Accordingly, she refuses any cooperation with the evil of abortion, no matter how remote [1].

Sadly, at this time all available COVID-19 vaccines are tested and/or manufactured using an aborted 18-week-old fetal cell line HEK-(human embryonic kidney) 293 [2].  As Bishop Athanasius Schneider notes, "the use of an abortion-tainted vaccine is a much more personal confrontation, and a much closer meeting, with the monstrous crimes involved in its production." [4] So much so, that the bishop concludes that "we cannot benefit in any way from their 'by-products'. As a result, he and others like him such as Kathleen Anastos, refuse to take these vaccines, following the guidance of their well-formed conscience which the Church recognizes as a person's highest moral authority.

In addition, one must keep in mind these COVID-19 vaccines constitute a form of medical treatment; it should be recognized as a right that no one should be coerced into medical treatment against his or her will. Apropos, in his letter to Duke University Aaron Siri writes:

"The right to informed medical consent is considered a fundamental, overriding principle of medical ethics and international law, first laid down by United States government jurists in the Nuremberg Code. See e.g., The Nuremberg Code (1947), 313 BMJ 1448 (1996) ("The voluntary consent of the human subject is absolutely essential. This means that the person…[is] able to exercise free power of choice, without the intervention of any element of…coercion."); 14 see also UNESCO Universal Declaration on Bioethics and Human Rights, Article 6(1)." [5]

One might also add that these vaccines are not without risk: "Reports of adverse events following use of the Moderna COVID-19 Vaccine under EUA suggest increased risks of myocarditis and pericarditis, particularly following the second dose."[5]; "Reports of adverse events following use of the Janssen COVID-19 Vaccine suggest an increased risk of thrombosis involving the cerebral venous sinuses and other sites (including but not limited to the large blood vessels of the abdomen and the veins of the lower extremities) combined with thrombocytopenia and with onset of symptoms approximately one to two weeks after vaccination." [8] Neither the manufacturer nor the government are responsible for harm or judicial review as those injured can only sue the

July 26, 2021
Page 2

government via the HHS managed Counter Measures Injury Compensation Program (CICP) [5, 8, 9, 10].

In closing, thank you for taking the time to thoughtfully consider this letter. As one of the priests of the Archdiocese of Boston who had the privilege to serve Catholics throughout Massachusetts on the COVID Response Team, I saw firsthand how much this pandemic affected the lives of so many [11]. This same priestly vocation also offers me the unique opportunity to share in the joys, struggles, and doubts of my parishioners who readily open their hearts to me. Some of these parishioners, like Kathleen, have consciences troubled by the morality of their cooperation with these COVID vaccines. It pains me to listen to the difficult choices that confront them as a result. Accordingly, I am not without understanding of the gravity of the pandemic's effect on the corporeal as well as psychological and spiritual aspects of the human person. It is with this in mind that I make my final plea: Please do not make Kathleen choose between her career and her conscience.

Sincerely,

*Rev. Timothy Hynes*

Rev. Timothy Hynes

July 26, 2021
Page 3

References:

1. IOANNES PAULUS PP. II, EVANGELIUM VITAE, url: https://www.vatican.va/content/john-paul-ii/en/encyclicals/documents/hf_jp-ii_enc_25031995_evangelium-vitae.html "Among all the crimes which can be committed against life, procured abortion has characteristics making it particularly serious and deplorable. The Second Vatican Council defines abortion, together with infanticide, as an 'unspeakable crime'"
2. Statement of Conscience, To Awaken Conscience, 2021 url: https://mailchi.mp/7742dd12483f/statement-of-conscience-to-awaken-conscience
3. John Henry Westen, The unborn babies used for vaccine development were alive at tissue extraction, 2021. url: https://www.lifesitenews.com/blogs/the-unborn-babies-used-for-vaccine-development-were-alive-at-tissue-extraction
4. Bishop Athanasius Schneider, Abortion-tainted vaccines and the culture of death, 2021. url: https://rorate-caeli.blogspot.com/2021/04/schneider-abortion-tainted-vaccines-and.html
5. FDA, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING VACCINE (VACCINATION PROVIDERS) EMERGENCY USE AUTHORIZATION (EUA) OF THE MODERNA COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-19) url: https://www.fda.gov/media/144637/download
6. Aaron Siri Esq., Re: Duke University's COVID-19 Vaccine Mandate, url: https://www.icandecide.org/wp-content/uploads/2021/05/Duke-Letter_2021_05_03.pdf
7. Aaron Kheriaty and Gerard V. Bradley, University Vaccine Mandates Violate Medical Ethics, WSJ Opinion 2021 url: https://www.wsj.com/articles/university-vaccine-mandates-violate-medical-ethics-11623689220?reflink=desktopwebshare_permalink
8. FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING VACCINE (VACCINATION PROVIDERS) EMERGENCY USE AUTHORIZATION (EUA) OF THE JANSSEN COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-19) url: https://www.fda.gov/media/146304/download
9. Comparison of Countermeasures Injury Compensation Program (CICP) to the National Vaccine Injury Compensation Program (VICP), url: https://www.hrsa.gov/cicp/cicp-vicp
10. Megan Redshaw, Injured by a COVID Vaccine? Want Financial Compensation? Too Bad, Says Injury Compensation Law Firm, 2021 url: https://childrenshealthdefense.org/defender/covid-vaccine-injury-no-compensation-program/
11. https://www.medrxiv.org/content/10.1101/2021.06.01.21258176v2
12. https://www.nytimes.com/interactive/2020/06/06/us/coronavirus-priests-last-rites.html; https://www.wgbh.org/news/local-news/2020/04/25/boston-archdiocese-sends-priests-to-bless-dying-covid-19-patients-in-area-hospitals